ORDERED UNSEALED on 04/12/2024    s/ Alexandra

# S~~E~~ALED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TAZHAE SANDERS,<br><br>    Defendant. | MAGISTRATE CASE NO: **24MJ1446**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 1591: Sex Trafficking of a Minor |

The undersigned Complainant, being duly sworn, states:

### COUNT 1

From on or about April 9, 2024 to on or about April 11, 2024, within the Southern District of California and elsewhere, Defendant Tazhae SANDERS, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person (JF), knowingly and in reckless disregard of the fact, and having reasonable opportunity to observe JF, that JF had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a) and (b)(2).

_____
Aron Marcellus
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 12th day of April 2024.

_____
HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I am a Special Agent (SA) employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I am a graduate of the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia and I have been employed as a SA since September 2017. I have been trained to conduct criminal investigations for multiple violations of federal and state laws including, but not limited to alien smuggling and narcotics smuggling, human trafficking, weapons trafficking, and organized criminal activity. Since October 2019, I have been assigned to the San Diego Human Trafficking Task Force (SDHTTF) where I have participated in investigations involving the exploitation of children and adults for illicit commercial sex activity, human trafficking, forced labor, various illegal activities of criminal gang members and have performed a variety of related investigative tasks. As relevant to the Complaint, I have been working with members of the SDHTTF to conduct an investigation into Tazhae SANDERS and his sex trafficking of one (1) juvenile female (JF) in San Diego and elsewhere.

On April 11, 2024, at around 2:30 am, a 15-year-old juvenile female (JF) called 911 to report that she had been kidnapped and requested officers pick her up on Dalbergia Street[1] in the city and county of San Diego. San Diego Police Department (SDPD) officers contacted JF and confirmed her identity and found she was a reported missing juvenile out of Los Angeles County. JF told the officers a male, later identified as Tazhae SANDERS (SANDERS) and an Adult Female (AF) kidnapped her from outside her foster home in Palmdale, CA and drove her to San Diego, CA where she was forced to engage in prostitution (see SDPD Case no 24014380). As a result, SDPD contacted the San Diego Human Trafficking Task Force (HTTF) to respond and investigate.

On April 11, 2024, HTTF Task Force Officer (TFO) M. Wiener and San Diego Sheriff Detective M. Alcarion responded to SDPD Central Substation to interview JF. The interview was audio recorded in its entirety. JF essentially told investigators that she

---

[1] A known area that is prolific for street-based commercial sex with the City of San Diego.

2

has known SANDERS since December 2023, and he knows her to be 15 years of age and involved in prostitution. JF related that on April 9th, SANDERS and AF picked her up from her foster home in Palmdale and physically forced her into their vehicle by grabbing her neck and pushing her into the vehicle. JF told SANDERS and AF she did not want to go with them due to having school the following morning. JF continuously told them this, but they ignored her wishes to return home.

Ultimately, SANDERS drove AF and JF to San Diego. Once in San Diego, JF received a phone call from her foster mother, whose last name is "Pay", which is the display name that appeared on the call. JF stated that SANDERS believed this was another trafficker calling JF and physically assaulted her (JF) by punching her with closed fists and kicking her, while inside his vehicle[2]. SANDERS then took JF's iPhone and gave her another phone with an application to track JF's movements.

JF stated after the first physical altercation, they arrived at the Motel 6 located at 745 E Street in the city Chula Vista, in the county of San Diego, where AF booked room #302 for the three of them. JF stated that SANDERS placed online commercial sex ads depicting JF and used his phone to coordinate her online prostitution activity.

JF stated SANDERS then dropped her off on Dalbergia Street to engage in street-based prostitution. JF stated she completed several prostitution dates at SANDERS' direction. SANDERS told her what prices to charge for the sex acts and collected JF's earnings.

While at the Motel 6, JF received another phone call from a prior trafficker resulting in SANDERS again assaulting her to include striking her with the hotel phone, a wire hanger, throwing her into the shower, and punching and kicking her. JF stated the assault resulted in multiple bruises and a bloody nose. TFO Wiener took photographs of JF's injuries to include a bruised and swollen eye, a bruised and swollen knot behind her

---

[2] Based on my training and experience, I know that one of the rules of a trafficker/ victim relationship is that the victim is not allowed to speak with other males who may be traffickers which can result in violence to maintain the victim.

ear, scratches to her neck, a mark that appears to be consistent with being stuck by a wire hanger, as well as bruising to her arms and legs.

After the assault, on April 10th, the three of them left the Motel 6, later returning to Dalbergia Street and also AF booking hotel room #1 at the Lodge at 32nd located at 740 32nd Street, in the city and county of San Diego. While at the Lodge, JF continued to engage in prostitution. At one point, SANDERS threatened JF with a handgun by setting it down in a direction in which it was pointed at her and verbally confronting her. Around this same time, SANDERS took the phone back from JF that he had previously given her and deleted the content from the phone, to include their communications. JF again obtained the phone prior to SANDERS taking her back to Dalbergia Steet to engage in prostitution. Once dropped off, JF called 911.

JF gave a physical description, including tattoos, of SANDERS and AF as she did not know their true names. She also described their vehicle to be a brown or grey Dodge SUV with a plate containing the letters "TUB." A detective drove by the Lodge hotel and located a brown BMW bearing CA/4TUG794 and sent TFO Wiener a picture. TFO Wiener showed the picture to JF and she identified it as SANDERS' vehicle. HTTF TFO's and Detectives responded to the hotel and saw a male and female matching the description of SANDERS and AF leave room #1 and drive away in the brown BMW. TFO's followed the vehicle away to the area of Dalbergia Street. TFO Wiener requested a SDPD marked unit stop the vehicle and arrest SANDERS and AF for charges related to trafficking/kidnapping/assaulting JF. SDPD officers took SANDERS and AF into custody at about 9:00 am at 3778 Main Street in the city and county of San Diego. The vehicle was towed and an inventory search of the vehicle prior to being towed resulted in locating hotel key cards for Motel 6 and the Lodge, as well as four phones.

SANDERS and AF were transported to SDPD Central Station for processing. SANDERS waived his Miranda rights but ultimately did not provide any information. AF waived her Miranda rights and agreed to make a statement. AF positively identified JF by a photograph of JF. AF stated she was present when SANDERS picked up JF but

4

stated JF was not forced into the vehicle; however, AF did state that SANDERS engaged the child locks on the rear doors to prevent JF from getting out of the back seat.

A preliminary review of cell phone contents, video surveillance, and online commercial sex ads corroborated much of JF's statements. TFOs located messages on AF's cell phone in which AF and SANDERS discuss JF moving between foster homes. In another message, AF advises SANDERS that JF was with a "trick"[3].

Video surveillance from the Motel 6 in Chula Vista showed what appeared to be a commercial sex buyer enter the room while JF was in it and SANDERS and AF were outside in SANDERS' vehicle. After the apparent commercial sex buyer exited the room, JF approached SANDERS' vehicle and appeared to hand over cash to him.

TFOs located online commercial sex ads for AF that were posted recently in Los Angeles County and Orange County. Additionally, TFOs located online commercial sex ads for AF in San Diego County as recent as February 11, 2024.

On April 11th, the Honorable Victor Pippins signed state search warrant # 2404111402-OTH-VNP-US-USW authorizing the search of room #1 of the Lodge hotel. The warrant was executed at approximately 4:00 pm. Inside the room TFO's located $310.00 in US currency and a black iPhone in a backpack containing identifying documents for SANDERS. There were also used condoms in the trashcan.

Based on my training and experience I believe SANDERS is in violation of Title 18 USC 1591, Sex Trafficking of a Minor, due to SANDERS knowing JF is a prostitute, directing her prostitution, and collecting her prostitution earnings. He enforced his control over JF through physical violence to include two assaults, leaving JF with injuries.

---

[3] From training and experience, I know that "trick" is a commonly used term in the pimping and prostitution subculture that refers to commercial sex buyers.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.